**Chic-Mint Gum Company, appellee, v. Hecht Nielsen, appellant. Gen. No. 29,327.**

Action to recover balance due for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed April 29, 1925.

Meyer Shapiro, for appellant. Moss & King, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

**Chicago Title & Trust Company, trustee, appellee, v. Charles F. Hellgren et al., on appeal of Isabella Curran, appellant. Gen. No. 29,370.**

Bill to foreclose a trust deed. Decree for foreclosure. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Affirmed. Opinion filed April 29, 1925. Rehearing denied May 14, 1925.

William A. Rogan, for appellant. William J. Pringle and Edwin Terwilliger, Jr., for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

**Brazil Stamping & Manufacturing Company, appellee, v. Practical Die & Specialty Manufacturing Company, appellant. Gen. No. 29,398.**

Suit in replevin. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Affirmed. Opinion filed April 29, 1925.

Joel C. Carlson, for appellant. Bernstein, Zolla & Bernstein, for appellee; Fred Bernstein, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

**The United States Asphalt Refining Company, defendant in error, v. Henry G. Goelitz, plaintiff in error. Gen. No. 29,154.**

Suit to recover purchase price of merchandise sold. Judgment for plaintiff. Error to the Circuit Court of Cook county; the Hon. Claire C. Edwards, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Affirmed. Opinion filed April 29, 1925.

George E. Woods, for plaintiff in error; Roy S. Gaskill, of counsel. Newman, Poppenhusen, Stern & Johnston, for defendant in error; Edward R. Johnston, of counsel.

Mr. Justice Thomson delivered the opinion of the court.